MICHAEL J. VARTAIN [SBN 92366]
STACEY L. LEASK [SBN 233281]
**VARTAIN LAW GROUP, P.C.**
601 Montgomery Street, Suite 780
San Francisco, CA 94111-2664
Telephone:  [415] 391-1155
Facsimile:   [415] 391-1177

Attorney for Defendant
UNIVERSITY OF SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| SUSAN LEGGE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF SAN FRANCISCO,<br><br>　　　　　Defendant. | Case No.: **3:20-cv-03406 CRB**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT UNIVERSITY OF SAN FRANCISCO TO RESPOND TO COMPLAINT**<br>**(L.R. 6-1(a))**<br><br>Complaint Filed:　May 19, 2020<br>Trial Date:　　　None Set<br>Judge:　　　　　Hon. Charles R. Breyer |

**LEGGE v. UNIVERSITY OF SAN FRANCISCO [USDC-ND # 3:20-cv-03406-CRB]– STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))**

1   Plaintiff Susan Legge ("Plaintiff") and Defendant the University of San Francisco (the
2   "University") (Plaintiff and the University collectively herein as the "Parties"), through their
3   undersigned counsel of record, hereby respectfully submit the following stipulation to extend the
4   time for the University to respond to the initial complaint pursuant to Civil Local Rule 6-1(a).
5   WHEREAS, Plaintiff filed her initial complaint in the above-entitled action on or about
6   May 19, 2020 (Dkt. No. 1);
7   WHEREAS, the Court ordered a case schedule on May 5, 2020 (Dkt. No. 4);
8   WHEREAS, on May 22, 2020, the Court ordered the case reassigned to the Honorable
9   Charles R. Breyer in the San Francisco division for all further proceedings, and by that order
10  vacated all hearing and trial dates presently scheduled (Dkt. No. 8);
11  WHEREAS, Plaintiff thereafter served by mail to the University, a summons and
12  complaint and waiver of service of the summons;
13  WHEREAS, the University respectively, by and through its then legal counsel, Stacey L.
14  Leask, Esq., executed and filed the waiver of service of the summons and complaint on July 9,
15  2020, which set the deadline for a responsive pleading at September 8, 2020 (Dkt. No. 11);
16  WHEREAS, subsequent to the University's filing of the waiver of service of summons
17  and complaint on July 9, 2020, the University retained the law firm of Holland and Knight LLP
18  to represent the University in the action, and the case file is in the process of being transferred to
19  that law firm for the defense handling going forward;
20  WHEREAS, under Civil Local Rule 6-1(a), the Parties may stipulate in writing to extend
21  the time within which to respond to an initial complaint without Court Order.  Civil Local Rule
22  6-1 states as follows:
23
24  **6-1. Enlarging or Shortening Time**
25  **(a) When Stipulation Permissible Without Court Order.** Parties may stipulate
    in writing, without a Court order, to extend the time within which to answer or
26  otherwise respond to the complaint, or to enlarge or shorten the time in matters not
    required to be filed or lodged with the Court, provided the change will not alter the
27  date of any event or any deadline already fixed by Court order. Such stipulations
    shall be promptly filed pursuant to Civil L.R. 5.
28

**(b) When Court Order Necessary to Change Time.** A Court order is required for any enlargement or shortening of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged with the Court (other than an initial response to the complaint). A request for a Court order enlarging or shortening time may be made by written stipulation pursuant to Civil L.R. 6-2 or motion pursuant to Civil L.R. 6-3. Any stipulated request or motion which affects a hearing or proceeding on the Court's calendar must be filed no later than 14 days before the scheduled event.

WHEREAS, the Parties agree to extend the time for the University to respond to the complaint to September 21, 2020, in order to provide the University's counsel from Holland and Knight LLP the necessary additional time to review and evaluate the action and claims therein and to thereafter respond on behalf of the University, and to meet and confer regarding case management topics, including ADR options;

WHEREAS, the Parties have not stipulated or moved for any previous extension of the deadline to respond to the complaint nor any court-ordered case management dates; and

WHEREAS, by this stipulation, the University does not enter a general appearance and does not waive and expressly reserves, all rights, legal challenges, and arguments, including without limitation, any jurisdictional or other defenses that may be raised in a motion under Federal Rules of Civil Procedure 12(b).

NOW, THEREFORE, pursuant to Civil Local Rule 6-1(a), the Parties hereby stipulate and agree that,

(1) The University's deadline to respond to the complaint shall be on or before September 21, 2020; and

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

**LEGGE v. UNIVERSITY OF SAN FRANCISCO [USDC-ND # 3:20-cv-03406-CRB]– STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))**

-2-

(2) By this stipulation, the Parties agree that all case schedule deadlines, with the exception of the ADR Certification form, will be continued to coincide with an Initial Case Management Conference date if and when it is reset by the Court, as stated by Dkt. No. 4.

DATED:   August 14, 2020                    **VARTAIN LAW GROUP, P.C.**

                                          BY:   /s/Stacey L. Leask
                                                             MICHAEL J. VARTAIN
                                                             STACEY L. LEASK
                                                              Attorneys for Defendant
                                                             UNIVERSITY OF SAN FRANCISCO

DATED:   August 14, 2020                    **BURSOR & FISHER, P.A.**

                                          BY:   /s/Frederick Klorczyk
                                                             L. TIMOTHY FISHER
                                                             FREDERICK J. KLORCZYK III
                                                             SARAH N. WESTCOT
                                                             Attorneys for Plaintiff
                                                             SUSAN LEGGE

ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Emelina Guerrero, attest that concurrence in this document's content and the filing of this document has been obtained from the other signatory. Executed on August 14, 2020 in San Francisco, California.

                                                                                /s/Emelina Guerrero
                                                                                Emelina Guerrero
                                                                                Paralegal
                                                                                **VARTAIN LAW GROUP, P.C.**

**LEGGE v. UNIVERSITY OF SAN FRANCISCO [USDC-ND # 3:20-cv-03406-CRB]– STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))**

-3-